Honorable Rosanna Malouf Peterson

Scott M. Ellerby
Mills Meyers Swartling
1000 Second Avenue, 30th Floor
Seattle, WA 98104-1064
Telephone: (206) 382-1000
Facsimile: (206) 267-6738
Email: sellerby@mms-seattle.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER PARKER,<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.<br><br>Defendant. | NO. CV-10-5096<br><br>DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT |

Defendant, NCO Financial Systems, Inc. ("NCO"), appearing for itself and no others, hereby answers the Complaint ("Complaint") of Plaintiff Jennifer Parker ("Plaintiff"), as follows:

1.1    NCO lacks sufficient information to answer the allegations contained in ¶ 1.1, and on that basis denies the same.

DEFENDANT NCO FINANCIAL SYSTEMS,
INC.'S ANSWER TO PLAINTIFF'S
COMPLAINT - 1
(CV-10-5096)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1.2    NCO admits it engages in the business of debt collection and that its principal business is debt collection related services.    NCO avers the allegation contained in ¶ 1.2 that NCO is a "debt collection agency" as that term is defined by statute, and is a legal conclusion which does not require an admission or denial.    NCO refers all matters of law to the Court.    Except as expressly admitted, NCO denies the remaining allegations contained in ¶ 1.2.

## JURISDICTION

2.1    NCO admits the allegations in ¶ 2.1 of the Complaint for jurisdictional purposes only.    Except as expressly admitted, NCO lacks sufficient information to answer the allegations contained in ¶ 2.1 and on that basis denies the same.

## BACKGROUND

2.1    NCO lacks sufficient information to answer the allegations contained in ¶ 2.1, and on that basis denies the same.

2.2    NCO lacks sufficient information to answer the allegations contained in ¶ 2.2, and on that basis denies the same.

2.3    NCO lacks sufficient information to answer the allegations contained in ¶ 2.4, and on that basis denies the same.

2.4    NCO denies the allegations contained in ¶ 2.4.

DEFENDANT NCO FINANCIAL SYSTEMS,
INC.'S ANSWER TO PLAINTIFF'S
COMPLAINT - 2
(CV-10-5096)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

## CLAIMS

3.1    NCO denies that any wrongful conduct or violation of the statutes occurred as alleged in ¶ 3.1.

3.2    NCO denies that any wrongful conduct or violation of the statutes occurred as alleged in ¶ 3.2.

3.3    NCO denies that any wrongful conduct or violation of the statutes occurred as alleged in ¶ 3.3.

3.4    NCO denies any wrongful conduct or violation of the statutes and further denies that Plaintiff has been damaged and is entitled to the relief requested in subparagraphs a) through d).

## PRAYER FOR RELIEF

In response to the paragraph beginning, WHEREFORE, NCO denies that Plaintiff has been damaged and is entitled to the relief requested in subparagraphs 1. through 7.

AND NOW, in further answer to the Complaint, Defendant NCO avers as follows:

DEFENDANT NCO FINANCIAL SYSTEMS,
INC.'S ANSWER TO PLAINTIFF'S
COMPLAINT - 3
(CV-10-5096)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

One or more of the counts/grounds in Plaintiff's Complaint fails to state a claim against NCO upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

NCO alleges that at all times described in the Complaint, Plaintiff consented to any and all conduct alleged therein.

## THIRD AFFIRMATIVE DEFENSE

Pursuant to 15 U.S.C. § 1629k(c), to the extent that a violation(s) is established, any such violation(s) was not intentional and resulted from a *bona fide* error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

## FOURTH AFFIRMATIVE DEFENSE

Any harm suffered by Plaintiff was legally and proximately caused by persons, individuals, corporations, or entities beyond the control or supervision of NCO, or for whom NCO is not responsible or liable.

DEFENDANT NCO FINANCIAL SYSTEMS,
INC.'S ANSWER TO PLAINTIFF'S
COMPLAINT - 4
(CV-10-5096)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

### FIFTH AFFIRMATIVE DEFENSE

Assuming that Plaintiff suffered any damages, Plaintiff has failed to mitigate her damages or take other reasonable steps to avoid or reduce her damages.

### SIXTH AFFIRMATIVE DEFENSE

One or more of Plaintiff's claims are barred by the applicable statute of limitations.

### SEVENTH AFFIRMATIVE DEFENSE

NCO denies any liability, however, regardless of liability, Plaintiff has suffered no damages.

### EIGHTH AFFIRMATIVE DEFENSE

NCO reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and factual developments in the case.

WHEREFORE, Defendant NCO prays that this action be dismissed with prejudice and at Plaintiff's costs, and further that NCO be awarded its costs and attorneys fees and any other appropriate relief.

//

//

DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT - 5
(CV-10-5096)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

Respectfully submitted this 9th day of September, 2010.

MILLS MEYERS SWARTLING
Attorneys for Defendant
NCO Financial Systems, Inc.


By:    s/Scott M. Ellerby
    Scott M. Ellerby
    WSBA No.: 16277

DEFENDANT NCO FINANCIAL SYSTEMS,
INC.'S ANSWER TO PLAINTIFF'S
COMPLAINT - 6
(CV-10-5096)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2010, I electronically filed the foregoing Defendant NCO Financial Systems, Inc.'s Answer to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Robert J. Reynolds       reynoldsrobertj1@qwestoffice.net, rjr1066@robertreynoldslaw.com

MILLS MEYERS SWARTLING
Attorneys for Defendant
NCO Financial Systems, Inc.

By:   s/Scott M. Ellerby
        Scott M. Ellerby, WSBA No. 16277

DEFENDANT NCO FINANCIAL SYSTEMS,
INC.'S ANSWER TO PLAINTIFF'S
COMPLAINT - 7
(CV-10-5096)

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343