```
1  ROBERT J. REYNOLDS P.S.
2  514 North 1st Street Ste. A
3  Yakima, WA 98901
4  Tel: (509)453-0313
5  Fax: (509)453-0314
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER PARKER, a single person, | ) ) ) |
| Plaintiff, | ) NO. CV-10-5096-RMP ) |
| v. | ) STIPULATED RULE 15 MOTION ) TO AMEND COMPLAINT AND |
| NCO FINANCIAL SYSTEMS Inc., a debt collection agency; | ) DISMISS PARTY ) ) |
| Defendant. | ) ) |

COMES NOW Plaintiff-Jennifer Parker by and through her attorney, Robert J. Reynolds, and moves that she be allowed to amend her complaint with the consent of Defendant-NCO Financial Systems. Attached as Exhibit "A" is the proposed amended complaint. Additionally, both parties move to have NCO Financial Systems dismissed as a party with prejudice.

Dated this 11th day of January, 2011.

/s/Robert J. Reynolds                    /s/Scott M. Ellerby
Robert J. Reynolds WSBA #5796            Scott M. Ellerby WSBA #16277
Attorney for Jennifer Parker             Attorney for NCO Financial Systems

1

## Certificate of Service

The undersigned certifies that on January 11, 2011, a copy of the forgoing was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Scott Ellerby <sellerby@mms-seattle.com>

By: s/ Robert J. Reynolds
Robert J. Reynolds WSBA #5796
Attorney for Plaintiff