John S. Devlin III, WSBA No. 23988       Honorable Rosanna Malouf Peterson
Abraham K. Lorber, WSBA No. 40668
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone:  206.223.7000
Facsimile:  206.223.7107

Attorneys for Defendant
Barclays Bank Delaware

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

JENNIFER PARKER, a single person,   )
                                    )
                        Plaintiff,  )   No. CV-10-05096-RMP
                                    )
    v.                              )   **MOTION TO DISMISS OF**
                                    )   **DEFENDANT BARCLAYS**
BARCLAYS BANK DELAWARE, a           )   **BANK DELAWARE**
Delaware chartered bank,            )
                                    )
                        Defendant.  )
                                    )
                                    )
                                    )

## **MOTION**

Defendant Barclays Bank Delaware ("Barclays") respectfully requests that the Court dismiss the "Complaint for Violation of 15 USC 1692c(a)(1) and RCW 19.86.020 (amended)" (the "Amended Complaint") of Plaintiff Jennifer Parker ("Plaintiff") in its entirety and with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

BARCLAYS' MOTION TO DISMISS - 1
No. CV-10-05096-RMP

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

1    DATED:  March 29, 2011

2                                LANE POWELL PC

3

4                                By /s/ *John S. Devlin*
                                 John S. Devlin III, WSBA No. 23988
5                                devlinj@lanepowell.com
                                 Abraham K. Lorber, WSBA No. 40668
6                                lorbera@lanepowell.com
                                 Attorneys for Defendant Barclays Bank
7                                Delaware

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

BARCLAYS' MOTION TO DISMISS - 2
No. CV-10-05096-RMP

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Certificate of Service**

The undersigned hereby certifies that on the date indicated below, the foregoing document was filed with the Clerk of the Court via the CM/ECF system and served upon the following CM/ECF participant via e-mail:

Robert J. Reynolds
Attorney for Plaintiff Jennifer Parker
514 North 1st Street, Suite A
Yakima, WA 98901
reynoldsrobertj1@qwestoffice.net

SIGNED this 29th day of March, 2011 at Seattle, Washington.

/s/  *Leah Burrus*
Leah Burrus

BARCLAYS' MOTION TO DISMISS - 3
No. CV-10-05096-RMP