AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JENNIFER PARKER, a single person,

                Plaintiff,

v.

BARCLAYS BANK DELAWARE, a Delaware chartered bank,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-5096-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed with prejudice and without costs to either party. Judgment is hereby entered in favor of Defendant Barclays Bank Delaware.

| | |
|---|---|
| 1/09/12 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Penny Lamb |
| | *(By) Deputy Clerk* |
| | Penny Lamb |